IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PENNY CLARK,[1] | § | |
| | § | No. 41, 2020 |
| Petitioner Below, | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below–Family Court |
| | § | of the State of Delaware |
| CHRIS T. DRAKE, | § | |
| | § | File No. CN17-06652 |
| Respondent Below, | § | Petition No. 18-03784 |
| Appellee. | § | |

Submitted: September 4, 2020
Decided: October 15, 2020

Before **SEITZ**, Chief Justice; **VALIHURA** and **VAUGHN**, Justices.

## ORDER

After careful consideration of the appellant's opening brief and the Family Court record, we find it evident that the judgment of the Family Court should be affirmed on the basis of and for the reasons assigned in the Family Court's December 30, 2019 order, which reversed in part and affirmed in part the Commissioner's July 22, 2019 child support order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).